```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 06094
    GLORIA J DUNCAN
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-1581

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/22/2005 and was confirmed 04/20/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 05/19/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
CENDANT MORTGAGE CORP   MORTGAGE ARRE     7519.91          .00         7519.91
CENDANT MORTGAGE CORP   CURRENT MORTG        .00           .00             .00
GE CONSUMER FINANCE     SECURED            500.00         65.43         500.00
GE CONSUMER FINANCE     UNSECURED        NOT FILED         .00             .00
AMSHER COLLCETION SERVIC UNSECURED       NOT FILED         .00             .00
AT & T BANKRUPCTY       UNSECURED        NOT FILED         .00             .00
AT&T CINGULAR WIRELESS  UNSECURED          799.34          .00           79.89
CAPTAL ONE              UNSECURED        NOT FILED         .00             .00
CAPTAL ONE              UNSECURED        NOT FILED         .00             .00
CITIZENS AUTOMOBILE FINA UNSECURED       NOT FILED         .00             .00
RESURGENT ACQUISITION LL UNSECURED         6757.23         .00          675.36
SMC                     UNSECURED          2156.14         .00          215.50
CITIBANK                UNSECURED           645.37         .00           64.51
ROBERT J SEMRAD & ASSOC DEBTOR ATTY       1,905.20                    1,905.20
TOM VAUGHN              TRUSTEE                                         702.77
DEBTOR REFUND           REFUND                                              .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 11,728.57

PRIORITY                                          .00
SECURED                                      8,019.91
    INTEREST                                    65.43
UNSECURED                                    1,035.26
ADMINISTRATIVE                               1,905.20
TRUSTEE COMPENSATION                           702.77
DEBTOR REFUND                                     .00
                        ---------------   ---------------
TOTALS                  11,728.57            11,728.57

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 06094 GLORIA J DUNCAN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 08/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE